# **EXHIBIT A**



Emily Danchuk <emily@emilyesquire.com>

## Notice of Copyright Infringement - 12 Artworks
1 message

**Hillary white** <wytrab8@yahoo.com>                                             Thu, Oct 12, 2023 at 5:00 PM
Reply-To: Hillary white <wytrab8@yahoo.com>
To: "trademarks@paypal.com" <trademarks@paypal.com>

10/12/2023
Hillary White Rabbit LLC
23 Claires Way
Belfast, ME 04915
USA
wytrab8@yahoo.com
207-322-6300

trademarks@paypal.com

Notice of Copyright Infringement

Dear Copyright Agent,
I am an artist/T-shirt designer and am acting on my own behalf as copyright owner of the original work at issue. It has recently come to my attention that numerous, affiliated merchant websites using multiple aliases ("T-shirt AT Fashion LLC" et al) are selling clothing/product that infringes at least *12* of my copyrighted works. Specifically, the infringing websites are using PayPal services to sell counterfeit, print-on-demand products bearing unauthorized copies of my artworks.

Authorized examples of my original artworks can be found at:

Two Wolves On Their Phones - U.S. Copyright Registration No. VA0002352774
https://www.deviantart.com/hillarywhiterabbit/art/Two-Wolves-On-Their-Phones-962937083

Glory To The Darkness - U.S. Copyright Registration No. VA0002295962
https://www.deviantart.com/hillarywhiterabbit/art/Glory-To-The-Darkness-913024474

Street Cats - U.S. Copyright Registration No. VA0002145686
https://www.deviantart.com/hillarywhiterabbit/art/Street-Cats-791288583

Air Biscuits - U.S. Copyright Registration No. VA0002260329
https://www.deviantart.com/hillarywhiterabbit/art/Air-Biscuits-884392967

Dead But Warm & Fuzzy - U.S. Copyright Registration No. VA0002185835
https://www.deviantart.com/hillarywhiterabbit/art/Dead-But-Warm-and-Fuzzy-822846817

Squirrel Blade - U.S. Copyright Registration No. VA0002253463
https://www.deviantart.com/hillarywhiterabbit/art/Squirrel-Blade-879725160

Power Nap - U.S. Copyright Registration No. VA0002145131
https://www.deviantart.com/hillarywhiterabbit/art/Power-Nap-725070175

Don't Mess With My Rights - U.S. Copyright Registration No. VA0002309696
https://www.deviantart.com/hillarywhiterabbit/art/Don-t-Mess-With-My-Rights-920483975

Thunder Clucker - U.S. Copyright Registration No. VA0002395785
https://www.deviantart.com/hillarywhiterabbit/art/Thunder-Clucker-965922786

Kissimmee Aliigator - U.S. Copyright Registration No. VA0002349386
https://www.deviantart.com/hillarywhiterabbit/art/Kissimmee-Alligator-959144442

Hiss Into The Abyss - U.S. Copyright Registration No. VA0002197773
https://www.deviantart.com/hillarywhiterabbit/art/Hiss-Into-The-Abyss-832907058

The Bodacious Period - U.S. Copyright Registration No. VA0002137577
https://www.deviantart.com/hillarywhiterabbit/art/The-Bodacious-Period-677639089

### The unauthorized and infringing copies can be found at:

**Two Wolves On Their Phones**
https://animet-shirt.com/shirt/there-are-two-wolves-inside-you-shirt/

**Glory To The Darkness**
https://t-shirtat.com/shop/cat-glory-to-the-darkness-shirt/
https://spreadt-shirt.com/product/the-glory-to-the-darkness-t-shirt/

**Street Cats**
https://teenownow.com/product/raccoon-possum-and-skunk-adopt-a-cat-shirt/

**Air Biscuits**
https://t-shirtat.com/shop/cat-and-cake-i-made-u-some-air-biscuits-shirt/

**Dead But Warm & Fuzzy**
https://xfrogclothing.com/product/skeleton-dead-but-warm-and-fuzzy-shirt/

**Squirrel Blade**
https://etsytees.com/product/while-you-were-busy-foraging-i-studied-the-blade-shirt/

**Power Nap**
https://olafshirt.com/product/power-nap-rainbow-grim-reaper-shirt/

**Don't Mess With My Rights**
https://posedionclothing.com/product/official-dont-mess-with-my-rights-t-shirt/

**Thunder Clucker**
https://teepublicity.com/product/chicken-thunder-clucker-logo-shirt/

**Kissimmee Alligator**
https://usateelowprice.com/product/kissing-alligator-and-dolphin-kissimmee-alligator-art-shirt/

**Hiss Into The Abyss**
https://abayamzclothing.com/shirt/hiss-into-the-abyss-raccoon-shirt/?

**The Bodacious Period**
https://myshowercurtains.com/product/the-bodacious-period-t-shirt-at/
https://teehandus.com/product/official-dinosaur-the-bodacious-period-shirt/?

**You may refer to the attached PDF screenshots of each website's checkout page which show PayPal is indeed a method of payment.**

This letter is an official notification under the Digital Millennium Copyright Act ("DMCA").
I have a good faith belief that the use of my material as described herein is not authorized by me, my agent, or the law. I affirm under penalty of perjury that all of the statements in this notification are accurate.

      Sincerely,
      Hillary White
      Creator & Owner

**13 attachments**

📎 **TwoWolves_Checkout - T-Shirt AT Fashion LLC_ - animet-shirt.com - October - 12 - 2023 - 16 - 27.pdf**
417K

📎 **Checkout - Online T-shirt store in the USA_ - spreadt-shirt.com - October - 12 - 2023 - 16 - 35.pdf**
454K

- 📄 StreetCats_Checkout - Tee Now Now - Fashion New Shirts_ - teenownow.com - October - 12 - 2023 - 16 - 37.pdf
  426K
- 📄 GTTD-AirBiscuits_Checkout - t-shirtat.com - October - 12 - 2023 - 16 - 39.pdf
  458K
- 📄 DBWF_Checkout - XFrogclothing - xfrogclothing.com - October - 12 - 2023 - 16 - 40.pdf
  380K
- 📄 SB_Checkout - Etsytees fashion - etsytees.com - October - 12 - 2023 - 16 - 41.pdf
  506K
- 📄 PN_Checkout - Nemo Clothing LLC - olafshirt.com - October - 12 - 2023 - 16 - 42.pdf
  599K
- 📄 DMWMR_Checkout - Posedionclothing - posedionclothing.com - October - 12 - 2023 - 16 - 43.pdf
  482K
- 📄 TC_Checkout - TeePublicity Fashion LLC - Premi_ - teepublicity.com - October - 12 - 2023 - 16 - 44.pdf
  415K
- 📄 Checkout - ABay AMZ Clothing Store_ - abayamzclothing.com - October - 12 - 2023 - 16 - 50.pdf
  417K
- 📄 Checkout - myshowercurtains - myshowercurtains.com - October - 12 - 2023 - 16 - 52.pdf
  505K
- 📄 Checkout - Tee Hand US Store - Online Men &_ - teehandus.com - October - 12 - 2023 - 16 - 55.pdf
  457K
- 📄 KA_Checkout - USA Tee Low Price - Premium Fash_ - usateelowprice.com - October - 12 - 2023 - 16 - 47.pdf
  427K